**EXHIBIT 3 TO NOTICE OF REMOVAL**

Case 7:07-cv-02854-CLB    Document 1-5    Filed 04/10/2007    Page 1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

| | |
|---|---|
| CREED ELECTRICAL SUPPLY & EQUIPMENT CORP., <br><br> Plaintiff, <br><br> RON PADOVANI, U. S. ELECTRICAL SERVICES, LLC and MONARCH ELECTRIC CO., <br><br> Defendants. | Index No. 5426/07 <br><br> **NOTICE OF FILING OF** <br> **NOTICE OF REMOVAL** |

TO: The Clerk of the Supreme Court of the State of New York, County of Westchester

You are hereby advised that a NOTICE OF REMOVAL was filed in the United States District Court for the Southern District of New York, under Civil Action No. _____.

Dated: Livingston, New Jersey
April 9, 2007

**GENOVA, BURNS & VERNOIA**
Attorneys for Defendants
Ron Padovani, U. S. Electrical Services, LLC
and Monarch Electric Co.

Kathleen Barnett Einhorn
115 Broadway, 15th Floor
New York, NY 10006
Tel.: (212) 566-7188
Fax: (212) 566-7116

Eisenhower Plaza II
354 Eisenhower Parkway
Livingston, NJ 07039-1023
Tel.: (973) 533-0777
Fax: (973) 533-1112