**EXHIBIT D TO EXHIBIT 1 TO NOTICE OF REMOVAL**



**MONARCH ELECTRIC CO.**
*Wholesale Electrical Distributor for Construction & Industry*

RON PADOVANI
Senior Account Manager

One Dodge Drive
West Caldwell, NJ 07006

973-227-4151
fax 973-227-8455
toll free 877-566-6272
cell 914-329-5166
rpadovani@monarchelectric.com
www.monarchelectric.com