**EXHIBIT E TO EXHIBIT 1 TO NOTICE OF REMOVAL**

Jim Johannemann, 11:17 AM 3/26/2007, FW:                                    Page 1 of 1

X-Spam-DCC: INFN-TO: westnet 1233; Body=1
X-Spam-Checker-Version: SpamAssassin 3.1.7 (2006-10-05) on westnet.com
X-Spam-Level:
X-Spam-Status: No, score=-2 6 required=5.0 tests=BAYES_00,HTML_MESSAGE
———autolearn=disabled version=3.1.7
X-EL-User-Policy: BLOCK
Date: Mon, 26 Mar 2007 11:17:14 -0400
From: Jim Johannemann <jjohannemann@allbrightelectric.com>
Subject: FW:
To: "'Steve Emanuel'" <semanuel@westnet.com>
X-Mailer: Microsoft Office Outlook 11
Thread-index: Acdk09B5GyldUcMSSKylNQ61MyBMKQAAebzQArbCJfA=
X-Virus-Scanned: ClamAV 0.90.1/2931/Mon Mar 26 04:43:40 2007 on
Libby.westnet.com
X-Virus-Status: Clean

James Johannemann, President
All Bright Electric
100 Snake Hill Road
West Nyack, NY 10994
Tele 845-358-1200
Fax  845-727-3992
Email jjohannemann@allbrightelectric.com
web site www.allbrightelectric.com

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any
unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than
the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message
in error, please reply to the sender and delete this email promptly.

---

**From:** Ron L. Padovani [mailto:rpadovani@monarchelectric.com]
**Sent:** Monday, March 12, 2007 2:40 PM
**To:** jjohannemann@allbrightelectric.com
**Subject:** FW:

---

**From:** Ron L. Padovani
**Sent:** Monday, March 12, 2007 10:26 AM
**To:** 'jjohanneman@allbrightelectric.com'
**Subject:**

Jim

    Just wanted to say hello, as you know, I am no longer at Creed. I will call you on your cell.My # is 914-329-5166.


    Can you please advise me of Sal's info so I can reach out to him.

X-Spam-DCC: INFN-TO: westnet 1233; Body=1
X-Spam-Checker-Version: SpamAssassin 3.1.7 (2006-10-05) on westnet.com
X-Spam-Level:
X-Spam-Status: No, score=-2.6 required=5.0 tests=BAYES_00,HTML_MESSAGE
——autolearn=disabled version=3.1.7
X-EL-User-Policy: BLOCK
Date: Mon, 26 Mar 2007 11:17:14 -0400
From: Jim Johannemann <jjohannemann@allbrightelectric.com>
Subject: FW: re-ron padovani
To: "'Steve Emanuel'" <semanuel@westnet.com>
X-Mailer: Microsoft Office Outlook 11
Thread-index: Acdlr1NkBdEIl7AWQWmtTb1SKRhrVgKAWI0w
X-Virus-Scanned: ClamAV 0.90.1/2931/Mon Mar 26 04:43:40 2007 on
Libby.westnet.com
X-Virus-Status: Clean

James Johannemann, President
All Bright Electric
100 Snake Hill Road
West Nyack, NY 10994
Tele 845-358-1200
Fax 845-727-3992
Email jjohannemann@allbrightelectric.com
web site www.allbrightelectric.com

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any
unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than
the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message
in error, please reply to the sender and delete this email promptly.

**From:** Ron L. Padovani [mailto:rpadovani@monarchelectric.com]
**Sent:** Tuesday, March 13, 2007 4:37 PM
**To:** jjohannemann@allbrightelectric.com
**Subject:** re-ron padovani

Jim

As you know by now, I am no longer at Creed Electric.Do not in any way take this as an attempt to solicit
business.I was wondering if you wanted to get together for breakfeast or lunch(as two friends), either the latter
part of this week, or next week.

Let me know if this works for you.