**RULE 7.1 STATEMENT (U.S. Electrical Services, LLC)**

**GENOVA, BURNS & VERNOIA**
Kathleen Barnett Einhorn (KE 2743)
James Bucci (JB 6795)
Eisenhower Plaza II
354 Eisenhower Parkway
Livingston, New Jersey 07039-1023
TEL: (973) 533-0777
FAX: (973) 533-1112
Attorneys for Defendants
Ron Padovani, U.S. Electrical
Services, LLC and Monarch Electric Co.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREED ELECTRICAL SUPPLY & EQUIPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> RON PADOVANI, U.S. ELECTRICAL SERVICES, LLC and MONARCH ELECTRIC CO., <br><br> Defendants. | Civil Action Number _____ <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, Ron Padovani, U. S. Electrical Services, LLC and Monarch Electric Co., certifies that defendant, U. S. Electrical Services, LLC, does not have any corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: April 10, 2007

Kathleen Barnett Einhorn (KE 2743)