UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREED ELECTRICAL SUPPLY & EQUIPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> RON PADOVANI, U.S. ELECTRICAL SERVICES, LLC and MONARCH ELECTRIC CO., <br><br> Defendants. | Civil Action Number   07-CV-2854 <br><br><br> **CERTIFICATION OF SERVICE** |

  I, Dina M. Mastellone, upon my oath and according to law, do hereby certify as follows:

  1.   On May 18, 2007, the undersigned via the electronic filing rules of the District Court caused to be filed the within Answer and Affirmative Defenses, and this Certification of Service upon the following:

       J. Michael McMahon, Clerk
       United States District Court
       Southern District of New York
       United States Courthouse
       300 Quarrapos Street
       White Plains, New York 10601

       Gerry E. Feinberg, Esq.
       The Law Offices of Gerry E. Feinberg, P.C.
       11 Martine Avenue
       White Plains , New York 10606

2

I certify that the foregoing statements are true to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                s/ Dina M. Mastellone
                                                Dina M. Mastellone

Dated: May 18, 2007

2136\003\Pleadings\Cert.Service.Answer