ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREED ELECTRICAL SUPPLY & EQUIPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> RON PADOVANI, U.S. ELECTRICAL SERVICES, LLC and MONARCH ELECTRIC CO., <br><br> Defendants. | Civil Action Number 07-CV-2854 <br><br> **CONSENT ORDER EXTENDING TIME TO ANSWER** <br><br>  |

This matter having come before the Court on the application of Defendants, Ron Padovani, U.S. Electrical Services, LLC and Monarch Electric Co. (collectively "Defendants"), through their attorneys, Genova, Burns & Vernoia, for an application extending the time within which to Answer or otherwise move with respect to Plaintiff's Complaint and counsel for Plaintiff, Creed Electrical Supply & Equipment Corp., having consented to the within Request for an Extension of Time to Answer or Otherwise Move with Respect to Plaintiff's Complaint;

IT IS on this __16th__ day of May 2007;

**ORDERED** that Defendants, Ron Padovani, U.S. Electrical Services, LLC and Monarch Electric Co., may submit an answer or other responsive pleading on or before May 18, 2007.



| | |
|---|---|
| THE LAW OFFICES OF<br>GERRY E. FEINBERG, P.C.<br>Attorneys for Plaintiff | GENOVA, BURNS & VERNOIA<br>Attorneys for Defendants |
| By: _____<br>Gerry E. Feinberg, Esq. | By: _____<br>Kathleen Barnett Einhorn, Esq.<br>(KE 2743) |
| Dated: May ___, 2007 | Dated: May 15, 2007 |

SO ORDERED ON THIS 16th DAY OF MAY 2007

_____
HON. MARK D. FOX, U.S.M.J.

F:\users\COMMON\US5\2136\003\Pleadings\ConsentOrder.ExtendAnswer.doc

MARK D. FOX
United States Magistrate Judge
Southern District of New York

2