EXHIBIT C

## Piedmont Capital Partners

A Private Investment Partnership

2 Rocky Hollow Dr.
Larchmont NY 10538
(914) 834-0118 (voice)
(208) 723-6570 (fax)
semanuel@westnet.com

Steven Emanuel
Partner

March 9, 2007

Mr. Greg Griswold
US Electrical Services, LLC
717 Constitution Drive
Suite 108
Exton, PA 19341

BY FAX AND REGISTERED MAIL

Dear Mr. Griswold:

I am the principal owner, and President, of Creed Electrical Equipment and Supply Co.

It has come to my attention that you are negotiating to hire Ron Padovani, our Sales Manager.

You are perfectly free to do so. However, you should be aware that he is covered by an Employment Agreement with Creed that he signed in December, 2002, and that that Employment Agreement contains several Restrictive Covenants. I have enclosed a copy of these Covenants for your reference.

As you will see, of particular significance is the following provision of Par. 10:

>    (a)    Nonsolicitation of Customers. Employee agrees that, during the Term and for a period of two (2) years after the Termination Date, without the prior written consent of the Company, Employee will not, either directly or indirectly, on his own behalf or in the service of or on behalf of others, solicit, contact, call upon, communicate with or attempt to communicate with any customer or prospective customer of the Company, or any representative of any customer or prospective customer of the Company, with a view to sale or providing of any product, equipment, deliverable or service competitive or potentially competitive with any product, equipment, deliverable or service sold or provided or under development by the Company during the period of two (2) years immediately preceding the Termination Date; provided; however, that the restrictions set forth in this Section 10(a) shall apply only to those customers or prospective customers of the Company with whom Employee had contact during such two (2) year period. The actions prohibited by this Section 10(a) shall not be engaged in by Employee directly or indirectly, whether as manager, salesperson, agent, technical support technician, sales or service representative, or otherwise.

If while in your employ Mr. Padovani calls on or communicates with Creed customers covered by this clause, you are hereby on notice that we will vigorously enforce our

**Piedmont Capital Partners**

Mr. Greg Griswold
Page 2

rights by immediate litigation. Such litigation will include a request for injunctive relief and damages, and will be filed against both Mr. Padovani and US Electric and/or the relevant affiliate. As you may know, the tort law of New York recognizes that a new employer who willfully encourages an employee to violate a valid restrictive covenant with the prior employer can be liable for damages for inducing a breach of contract.

If you so request, we will be pleased to supply you with a list of the Creed customers who fall within the Nonsolicitation-of-Customers provision.

Very truly yours,

*Steven Emanuel* (signature)

Steven L. Emanuel
President,
Creed Electric

Cc: Ron Padovani
    Patti Russell

EXHIBIT D

EXHIBIT D



**MONARCH ELECTRIC CO.**
*Wholesale Electrical Distributor for Construction & Industry*

RON PADOVANI
Senior Account Manager

One Dodge Drive
West Caldwell, NJ 07006

973-227-4151
fax 973-227-8455
toll free 877-566-6272
cell 914-329-5166
rpadovani@monarchelectric.com
www.monarchelectric.com

EXHIBIT C

EXHIBIT C

## Piedmont Capital Partners

A Private Investment Partnership

2 Rocky Hollow Dr.
Larchmont NY 10538
(914) 834-0118 (voice)
(208) 723-6570 (fax)
semanuel@westnet.com

Steven Emanuel
Partner

March 9, 2007

Mr. Greg Griswold
US Electrical Services, LLC
717 Constitution Drive
Suite 108
Exton, PA 19341

BY FAX AND REGISTERED MAIL

Dear Mr. Griswold:

I am the principal owner, and President, of Creed Electrical Equipment and Supply Co.

It has come to my attention that you are negotiating to hire Ron Padovani, our Sales Manager.

You are perfectly free to do so. However, you should be aware that he is covered by an Employment Agreement with Creed that he signed in December, 2002, and that that Employment Agreement contains several Restrictive Covenants. I have enclosed a copy of these Covenants for your reference.

As you will see, of particular significance is the following provision of Par. 10:

>   (a)     Nonsolicitation of Customers. Employee agrees that, during the Term and for a period of two (2) years after the Termination Date, without the prior written consent of the Company, Employee will not, either directly or indirectly, on his own behalf or in the service of or on behalf of others, solicit, contact, call upon, communicate with or attempt to communicate with any customer or prospective customer of the Company, or any representative of any customer or prospective customer of the Company, with a view to sale or providing of any product, equipment, deliverable or service competitive or potentially competitive with any product, equipment, deliverable or service sold or provided or under development by the Company during the period of two (2) years immediately preceding the Termination Date; provided; however, that the restrictions set forth in this Section 10(a) shall apply only to those customers or prospective customers of the Company with whom Employee had contact during such two (2) year period. The actions prohibited by this Section 10(a) shall not be engaged in by Employee directly or indirectly, whether as manager, salesperson, agent, technical support technician, sales or service representative, or otherwise.

If while in your employ Mr. Padovani calls on or communicates with Creed customers covered by this clause, you are hereby on notice that we will vigorously enforce our

**Piedmont Capital Partners**

Mr. Greg Griswold
Page 2

rights by immediate litigation. Such litigation will include a request for injunctive relief and damages, and will be filed against both Mr. Padovani and US Electric and/or the relevant affiliate. As you may know, the tort law of New York recognizes that a new employer who willfully encourages an employee to violate a valid restrictive covenant with the prior employer can be liable for damages for inducing a breach of contract.

If you so request, we will be pleased to supply you with a list of the Creed customers who fall within the Nonsolicitation-of-Customers provision.

Very truly yours,

Steven L. Emanuel
President,
Creed Electric

Cc: Ron Padovani
    Patti Russell

EXHIBIT D



**MONARCH ELECTRIC CO.**
*Wholesale Electrical Distributor for Construction & Industry*

RON PADOVANI
Senior Account Manager

One Dodge Drive
West Caldwell, NJ 07006

973-227-4151
fax 973-227-8455
toll free 877-566-6272
cell 914-329-5166
rpadovani@monarchelectric.com
www.monarchelectric.com

EXHIBIT E

Case 7:07-cv-02854-CLB     Document 8-5     Filed 05/29/2007     Page 11 of 15

EXHIBIT E

Jim Johannemann, 11:17 AM 3/26/2007, FW:                                   Page 1 of 1

X-Spam-DCC: INFN-TO: westnet 1233; Body=1
X-Spam-Checker-Version: SpamAssassin 3.1.7 (2006-10-05) on westnet.com
X-Spam-Level:
X-Spam-Status: No, score=-2.6 required=5.0 tests=BAYES_00,HTML_MESSAGE
———autolearn=disabled version=3.1.7
X-EL-User-Policy: BLOCK
Date: Mon, 26 Mar 2007 11:17:14 -0400
From: Jim Johannemann <jjohannemann@allbrightelectric.com>
Subject: FW:
To: "'Steve Emanuel'" <semanuel@westnet.com>
X-Mailer: Microsoft Office Outlook 11
Thread-index: Acdk09B5GyldUcMSSKylNQ61MyBMKQAAebzQArbCJfA=
X-Virus-Scanned: ClamAV 0.90.1/2931/Mon Mar 26 04:43:40 2007 on
Libby.westnet.com
X-Virus-Status: Clean

James Johannemann, President
All Bright Electric
100 Snake Hill Road
West Nyack, NY 10994
Tele 845-358-1200
Fax  845-727-3992
Email jjohannemann@allbrightelectric.com
web site www.allbrightelectric.com

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

**From:** Ron L. Padovani [mailto:rpadovani@monarchelectric.com]
**Sent:** Monday, March 12, 2007 2:40 PM
**To:** jjohannemann@allbrightelectric.com
**Subject:** FW:

**From:** Ron L. Padovani
**Sent:** Monday, March 12, 2007 10:26 AM
**To:** 'jjohanneman@allbrightelectric.com'
**Subject:**

Jim

  Just wanted to say hello, as you know, I am no longer at Creed. I will call you on your cell. My # is 914-329-5166.

  Can you please advise me of Sal's info so I can reach out to him.

Jim Johannemann, 11:17 AM 3/26/2007, FW: re-ron padovani                                    Page 1 of 1

```
X-Spam-DCC: INFN-TO: westnet 1233; Body=1
X-Spam-Checker-Version: SpamAssassin 3.1.7 (2006-10-05) on westnet.com
X-Spam-Level:
X-Spam-Status: No, score=-2.6 required=5.0 tests=BAYES_00,HTML_MESSAGE
——autolearn=disabled version=3.1.7
X-EL-User-Policy: BLOCK
Date: Mon, 26 Mar 2007 11:17:14 -0400
From: Jim Johannemann <jjohannemann@allbrightelectric.com>
Subject: FW: re-ron padovani
To: "'Steve Emanuel'" <semanuel@westnet.com>
X-Mailer: Microsoft Office Outlook 11
Thread-index: Acdlr1NkBdEIl7AWQWmtTb1SKRhrVgKAWI0w
X-Virus-Scanned: ClamAV 0.90.1/2931/Mon Mar 26 04:43:40 2007 on
Libby.westnet.com
X-Virus-Status: Clean
```

James Johannemann, President
All Bright Electric
100 Snake Hill Road
West Nyack, NY 10994
Tele 845-358-1200
Fax 845-727-3992
Email jjohannemann@allbrightelectric.com
web site www.allbrightelectric.com

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Ron L. Padovani [mailto:rpadovani@monarchelectric.com]
**Sent:** Tuesday, March 13, 2007 4:37 PM
**To:** jjohannemann@allbrightelectric.com
**Subject:** re-ron padovani

Jim

   As you know by now, I am no longer at Creed Electric. Do not in any way take this as an attempt to solicit business. I was wondering if you wanted to get together for breakfeast or lunch(as two friends), either the latter part of this week, or next week.

   Let me know if this works for you.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
CREED ELECTRICAL SUPPLY &            CIV. ACTION No. 07-CV-2854
EQUIPMENT CORP.,                     (WP4) (MDF)

                Plaintiff

v.                                   AFFIDAVIT OF SERVICE

RON PADOVANI, U.S. ELECTRICAL
SERVICES, LLC and MONARCH
ELECTRIC CO.,
                Defendants.
---------------------------------------------------------

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER )

    I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Westchester County, New York.

    On May 17, 2007, I served by mail a notice of motion upon the attorneys for the Defendants, Genova, Burns & Vernoia, Eisenhower Plaza II, 354 Eisenhower Parkway, Livingston, NJ 07039-1023

                                                                 _____
                                                                  Matt Feinberg

Sworn before me this 17 day
of May, 2007

_____
Notary Public
GERRY E. FEINBERG
NOTARY PUBLIC, State of New York
No. 31-4684289
Qualified in [illegible] County
Commission Expires _____

| Index No. | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CREED ELECTRICAL SUPPLY &
EQUIPMENT CORP.,

                Plaintiff
v.

RON PADAVANI, U.S. ELECTRICAL
SERVICES, LLC and MONARH
ELECTRIC CO.,

                Defendants.

## NOTICE OF MOTION

**LAW OFFICES OF GERRY E. FEINBERG, P.C.**
*Attorney for* Plaintiff

*Office and Post Office Address, Telephone*
11 Martine Avenue
WHITE PLAINS, NEW YORK 10606-1934
914–946-4343

To                                            Signature (Rule 130-1.1-a)

                                            Print name beneath

Attorney(s) for

Service of a copy of the within                          is hereby admitted.

Dated,

                                            Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order                        of which the within is a true copy will be presented for
settlement to the HON.                                    one of the judges
of the within named court, at
on                          at                          M

Dated,

                                            Yours, etc.
                            **LAW OFFICES OF GERRY E. FEINBERG, P.C.**
                            *Attorney for*

To

                            *Office and Post Office Address*
                            11 Martine Avenue
Attorney(s) for                    WHITE PLAINS, NEW YORK 10606-1934