# GENOVA, BURNS & VERNOIA | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊+
JAMES M. BURNS ◊
FRANCIS J. VERNOIA ◊
JOHN C. PETRELLA ◊
JAMES J. McGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊+
SANDRO POLLEDRI ◊◊
KATHLEEN BARNETT EINHORN ◊+
CELIA S. BOSCO ◊+
BRIAN W. KRONICK ◊
JAMES BUCCI ◊*
PATRICK W. McGOVERN ◊+
PETER R. YAREM ◊

RALPH J. SALERNO ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊+
HARRY G. KAPRALOS ◊+

COUNSEL

NORMAN J. PEER ◊+
GEORGE L. SCHNEIDER ◊+
GREGORY E. NAGY ◊
DAVID P. COOKE ◊
DAVID A. DE SIMONE ◊
DEBRA K. BAMPTON ◊

OF COUNSEL

RONALD H. DeMARIA
(1959-2004)

HOLLIE B. KNOX ~
JENNIFER MAZAWEY ◊+
JOHN R. VREELAND ◊+
JENNIFER BOREK ◊+
SHIRIN SAKS ◊+
ANDREW P. ODDO ◊+
JASON L. SOBEL ◊+
DINA M. MASTELLONE ◊+
JOSEPH M. HANNON ◊+
TIMOTHY AVERELL ◊

REBECCA MOLL FREED ◊+
JONATHAN S. GOODGOLD ◊+
PETER J. CAMMARANO III ◊+
JISHA S. VACHACHIRA ◊+
YAACOV BRISMAN ◊+
MICHAEL J. GROHS ◊+
NICHOLAS J. REPICI ◊*
CAROLYN BUCCERONE ◊*^
ALEXANDER L. D'JAMOOS ◊+
KRISTINA E. CHUBENKO ◊+

LISA A. JOHN ◊
GERI L. ALBIN ◊
LAUREN KOSTINAS ◊

MEMBER OF NEW JERSEY BAR ◊
MEMBER OF NEW YORK BAR +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
CERTIFIED CIVIL TRIAL ATTORNEY ◊

## MEMO ENDORSED

May 30, 2007



**VIA FACSIMILE AND OVERNIGHT MAIL**

Honorable Mark D. Fox
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 434
White Plains, New York 10601

Re: Creed Electrical Supply & Equipment Corp. v. Ron Padovani, *et al.*
Docket No. 07-CV-2854(WP4)(MDF)

Dear Judge Fox:

This office represents the defendants, Ron Padovani, Monarch Electric Co., and U.S. Electrical Services, LLC (collectively "Defendants"), in this matter. Plaintiff has filed a Motion for a Temporary Restraining Order and a Preliminary Injunction, returnable on June 21, 2007.

This letter is to confirm my telephone conversation today with Your Honor's Law Clerk stating that, in anticipation of the parties working towards a settlement in this matter, Defendants will serve their opposition to Plaintiff's motion on June 8, 2007 and Plaintiff will serve its reply on June 15, 2007. Plaintiff has consented to this schedule. Thank you for Your Honor's time and consideration.

EISENHOWER PLAZA II ■ 354 EISENHOWER PARKWAY ■ LIVINGSTON, NJ 07039-1023
TELEPHONE 973-533-0777  FACSIMILE 973-533-1112  WEBSITE www.gbvlaw.com

NEW YORK, NY ■ CAMDEN, NJ ■ RED BANK, NJ ■ PHILADELPHIA, PA

*[Handwritten margin notations: "MARK D. FOX / United States Magistrate Judge / Southern District of New York"; "5/30/07 So Ordered"]*

**GENOVA, BURNS & VERNOIA** | ATTORNEYS-AT-LAW

Honorable Mark D. Fox
May 30, 2007
Page 2

If the Court requires any additional information, please contact me.

Respectfully submitted,

**GENOVA, BURNS & VERNOIA**

Shirin Saks

SS:pp

c:  Gerry E. Feinberg, Esq. (via facsimile and overnight mail)
    Kathleen Barnett Einhorn, Esq.
    James Bucci, Esq.

2136\003\Letters\Court.053007