**GENOVA, BURNS & VERNOIA**
Kathleen Barnett Einhorn (KE 2743)
James Bucci (JB 6795)
Eisenhower Plaza II
354 Eisenhower Parkway
Livingston, New Jersey 07039-1023
TEL: (973) 533-0777
FAX: (973) 533-1112
Attorneys for Defendants
Ron Padovani, U.S. Electrical
Services, LLC and Monarch Electric Co.

| | |
|---|---|
| CREED ELECTRICAL SUPPLY & EQUIPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> RON PADOVANI, U.S. ELECTRICAL SERVICES, LLC and MONARCH ELECTRIC CO., <br><br> Defendants. | Civil Action Number 07-cv-2854 <br><br> **STIPULATION OF DISCONTINUANCE** |

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff, Creed Electrical Supply & Equipment Corp., and the undersigned attorneys of record for Defendants, Ron Padovani, U.S. Electrical Services, LLC and Monarch Electric co., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, this action, be and the same is hereby discontinued with prejudice, without costs or attorneys' fees to any party as against the other. This Stipulation may be signed in counterparts and a facsimile copy

of this Stipulation shall be deemed an original. This Stipulation may be filed without further notice with the Clerk of Court.

Dated: July 20, 2007

| | |
|---|---|
| **LAW OFFICES OF GERRY E. FEINBERG, P.C.**<br>Attorneys for Plaintiff<br>Creed Electrical Supply & Equipment Corp.<br><br>By: _____<br>Gerry E. Feinberg, P.C. (GEF 4813)<br>11 Martine Avenue<br>White Plains, NY 10606<br>Tel.: (914) 946-4343<br>Fax: (914) 682-9188 | **GENOVA, BURNS & VERNOIA**<br>Attorneys for Defendants<br>Ron Padovani, U.S. Electrical Services, LLC<br>Monarch Electric Co.<br><br>By: _____<br>Kathleen Barnett Einhorn (KE 2743)<br>James Bucci (JB 6795)<br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039-1023<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112 |

2136\003\Pleading\StipDiscontinuance.072007